# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 MAY 30 AM 11: 50

CLERK _____
SO. DIST. OF GA.

## Civil Case No. 2:18-cv-09

James C. Nase           V           Office of Personnel
                                    Management
                                    Government of The
                                    United States of
                                    America

**COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES PLAINTIFF A SUM OF MONEY**

I have been advised by legal council, this type of case should be
handled in a different venue. I am requesting a dismissal of this
case without prejudice . This is my decision and request.


_____          _____
James C Nase                            Date
                                     5- 30 -18