IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JAMES CARL NASE, | * | |
| Plaintiff, | * | |
| v. | * | CV 218-09 |
| OFFICE OF PERSONNEL MANAGEMENT GOVERNMENT OF THE UNITED STATES, | * | |
| Defendant. | * | |

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. To date, Defendant has not served its answer or motion for summary judgment. Accordingly, Plaintiff's voluntary dismissal complies with the Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon due consideration, Plaintiff's claim against Defendant is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA